| Stmt Number | Declarant(s) | Offered Against | Counts | Date of Stmt | Synopsis |
|---|---|---|---|---|---|
| 1a | Pedro Garcia Gonzalo Ramirez | Pedro Garcia Gonzalo Ramirez Russell Worthey Anthony Wright | 1-6 | 06/08/2009 | Garcia or Ramirez state "let's go get some scraps". |
| 1b | Gonzalo Ramirez | Pedro Garcia Gonzalo Ramirez Russell Worthey Anthony Wright | 1-6 | 06/08/2009 | Ramirez says to Garcia in car following shooting "you really got that one". |
| 1c | Pedro Garcia | Pedro Garcia Gonzalo Ramirez Russell Worthey Anthony Wright | 1-6 | 06/08/2009 | Garcia tells Wright and Worthey "remember, you have kids". |
| 2a | Pedro Garcia Gonzalo Ramirez | Pedro Garcia Gonzalo Ramirez Jesus Flores Joshua Flores | 1, 7-9 | 06/08/2009 | "Let's go look for a house" (to rob). |
| 2b | Gonzalo Ramirez | Pedro Garcia Gonzalo Ramirez Jesus Flores Joshua Flores | 1, 7-9 | 06/08/2009 | "Let's do this house" "Let's kick this one" |
| 2c | Pedro Garcia | Pedro Garcia Gonzalo Ramirez Jesus Flores Joshua Flores | 1, 7-9 | 06/08/2009 | Says they should drive east out of Dodge City to avoid police. |
| 3 | Alfredo Beltran-Ruiz | Donte Barnes | 15-18 | 03/2011 | Tells Laura Rodriguez to get something under a lawn mower near Humberto Ortiz' residence. |
| 3a | Alfredo Beltran-Ruiz | Donte Barnes | 15-18 | 3/25/2011 | Beltran: What time Snipes have court on the 7th? D: What time's what? Beltran: What time does Homeboy got court on the 7th? D: Fuck if I know. His lady called like "Oh my |

ATTACHMENT A


GOVERNMENT EXHIBIT
1

| Stmt Number | Declarant(s) | Offered Against | Counts | Date of Stmt | Synopsis |
|---|---|---|---|---|---|
| | | | | | God, he has court" and I'm like alright. Beltran: For real? Call her and be like "oh my God." |
| | | | | | D: Nah, when he got locked up she, she called me crying and was like, "why isn't Alfredo Locked up, I thought they were together?" Beltran: Yeah, we were, but I know how to run. |
| 4a | Jesus Sanchez | Jesus Sanchez Enrique Gobin Alfonso Banda-Hernandez Andrew Gusman | 1, 19-22 | 03/30/2011 | Tells Banda-Hernandez to "come where they are." |
| 4b | Jesus Sanchez | Jesus Sanchez Enrique Gobin Alfonso Banda-Hernandez Andrew Gusman | 1, 19-22 | 03/30/2011 | Tells Banda-Hernandez and Gusman he shot at victim's car. |
| 4c | Jesus Sanchez | Jesus Sanchez Enrique Gobin Alfonso Banda-Hernandez Andrew Gusman | 1, 19-22 | 03/30/2011 | Tells Banda-Hernandez to get out of area because "it will be getting hot." |
| 5a | Jayson Vargas | Adam Flores | 1, 23-25 | On or about 04/30/2011 | Tells witness to get rid of pair of shoes he had used in home invasion he committed with Adam Flores. |
| 5b | Jayson Vargas | Adam Flores | 1, 23-25 | On or about 04/2011 | Identifies for witness the house he and Adam Flores robbed. |
| 6 | Jason Najera | Jason Najera Jayson Vargas | 1 & 29 | 08/2011 | Threatens witness not to cooperate in prosecution of Jayson Vargas. |

| Stmt Number | Declarant(s) | Offered Against | Counts | Date of Stmt | Synopsis |
|---|---|---|---|---|---|
| 7 | Jesus Torres | Jason Najera<br>Jesus Torres<br>Fabian Neave<br>Jose Neave | 1, 26-27 | 08/27/2011 | Torres says he doesn't like "scraps" living near his mother's residence and wants Nortenos to go with him to confront them. |
|  |  |  |  |  |  |