IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT WICHITA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  12-10089-08-MLB |
| ) | |
| ANGEL CERDA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT ANGEL CERDA'S SUPPLEMENTAL EXHIBITS
IN SUPPORT OF MOTION TO SUPPRESS (ECF 500, 501)**

The defendant, Angel Cerda, by and through his attorney, Paul S. McCausland,

hereby supplements his motion to suppress statements made by him during custodial

interrogations at the Dodge City Police Department on October 21, 2008 and May 5, 2012

and his supporting memorandum with transcripts of the interrogations:

Exhibit B - 10-2008 Angel Cerda Interrogation Transcript

Exhibit C - 05-09-2012 Angel Cerda Interrogation Transcript

Respectfully submitted this 26th day of February  2013.

YOUNG, BOGLE, MCCAUSLAND,
 WELLS & BLANCHARD, P.A.
One Main Place
100 N. Main, Suite1001
Wichita, Kansas  67202-1322
Telephone:   (316) 265-7841
Facsimile:    (316) 265-3956
p.mccausland@youngboglelaw.com

By Paul S. McCausland
Paul S. McCausland, KS #08878
Attorney for Angel Cerda

## CERTIFICATE OF SERVICE

The undersigned counsel for defendant Angel Cerda hereby certifies that on this 26th day of February 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Aaron L. Smith and Lanny D. Welch, Assistant U.S. Attorneys, and all attorneys of record for the co-defendants named herein.

s/ Paul S. McCausland
Paul S. McCausland, KS #08878

INTERVIEW OF ANGEL CERDA

Q.  What did you get in to today, Angel?
    Actually, you know what, I really don't even
    care what you're here for, okay.  I want to
    talk to you about something else that
    happened this morning, you probably know what
    that is.  I'm not -- whatever happened down
    the street is why you're here, you got
    arrested for whatever reason, I don't care
    about that stuff, okay.  What I am interested
    in is what happened with your car this
    morning.  All right?  You know some things
    about what your car was involved in this
    morning?

A.  No.  No.  Got off of work at 6:00.

Q.  You get off of work at 6:00?

A.  Yeah.

Q.  Where do you work at?

A.  National Beef.

Q.  What do you do out there?

A.  Shipping.

        My car was involved in something?

Q.  I don't know.  Was it at work with you?

A.  Huh-uh.

Q.  Who had your car today?

A.   I lended it out but I can't say that something happened or not because I was at work, you know.

What happened, can you tell me?

Q.   Well, the more information you give me the more I'll give you.  Who had your car this morning?

A.   It was that girl, she borrowed the car last night and I usually let her -- because I work from 10:00 to 6:00 and she just picks me up from work.  I actually just got fired this morning.

Q.   You got fired this morning?

A.   Yeah.  There's like unexcused absences.  I actually called in, the papers in the glove compartment are probably actually where I got this charge.  And I just drank some beer and -- I mean, I can't say nothing or something did happen with my car because honestly it wasn't in my possession.

Q.   Okay.  So Shenondo had it?  You said the girl that was arrested with you had it?

A.   Yeah, just now.  But I can't really say she had it.  Well, that's kind of a long story, you know, I don't know where she lived, but I

don't really know.  Because I was supposed to be picked up by 6:00 and I was picked up by 6:22.  I don't know if she had somebody borrow it or -- she wasn't supposed to.

Q.  Is this -- is she your girlfriend?

A.  No.  Well, not -- no, she's not my girlfriend.  She's just like my friend from like years, you know.  I'm married.  I have a wife and kid at home.

Q.  So kind of on the side girlfriend type thing?

A.  Yeah.  She's just a friend.  I've known her since 2000 maybe, you know.

Q.  Okay.  She kicks it with DV, you kick it with DV basically?

A.  Yeah.

Q.  Did you hear some stuff that went on this morning?

A.  I'm -- honestly, I didn't.  You know, I got off of work at 6:00.  (Inaudible) got this charge for no reason and I didn't know nothing was wrong, you know, I didn't -- I honestly didn't notice nothing wrong, that something would have happened or something, you know.

Q.  Angel, I mean, I am in a position where I can

help you out of this charge that you're getting today but I need you to be honest with me, man, because I know you've had to have heard something because I got a certain group of friends, one of them borrows my car, my car is involved in something this morning, I'm going to hear about what happened.

If you were with Shenondo, Shenondo knows everybody in DV -- I mean, it's not my first time -- (inaudible) you know what I'm saying?

A.   I'm not going to act stupid, you know, I'm not going to bullshit around the bush, you know.  Like everything I know right now is she picked me up after work.  She had some clothes in the back and I don't know what happened with -- I mean, if the car was used in anything, you know.  That's the honest truth.  I'm not saying that it did or it didn't.  But the car wasn't in my possession from --

Q.   Did she talk to you about anything?

A.   She really didn't.  She --

Q.   I've went -- I go pretty far back with Shenondo, okay?

A.   She -- she -- I mean -- and so do I, since back in -- she left (inaudible), haven't seen her since '99, 2000.  You know, I got arrested at her house one time, you know, I was arrested out there one time in her backyard.  And it surprises me she didn't tell me something did happen, you know.

Q.   I'm going to talk to her and she'll talk to me.  She always talks to me.  All I'm doing is looking at the fact I know you weren't involved in it probably.

A.   I wasn't.

Q.   I have a pretty good idea that your car was. I need to know who was in your car this morning.  I need to know if you were told what happened in your car this morning.  I need to know that.

A.   Well, see, I mean, right now, you know, like I say, I just had a kid, you know, she's going to be two months in next month, and I had a job and I just got lent the car, lended out the car, but I don't see -- I mean, I'm pretty much in the same position, you know, I went to work, she took like -- I lent -- I mean, I feel like I'm telling on her, you

know, you know what I mean.  But, you know, we get to a serious point, I want to know what's going on, how severe the thing is, you know, because --

Q.  Well, somebody got out of your car this morning and got shot at.

A.  In my car?

Q.  Yeah, in your car.  And somebody got back in that car and took off after people that shot at 'em.  So that's why I'm asking you and that's why I want to know who was in your car this morning, stuff like that.  I know it wasn't you that got shot at, okay?

A.  Right now, right now, I'll do a lie detector test for you.

Q.  No.  I'm not asking -- no.

A.  I honestly got dropped off at work at 9:45 and I didn't get picked up until 6:20 something, 6:33, and between that time I don't know what could have happened in my car.

Q.  Who was with her when she picked you up?

A.  Just her and -- just her -- you probably know her, she lives on Fifth.  Her friend, just like -- and she was supposed to go pick me

up, too, because I didn't have a car.  It was like Purcella or Priscella, Risella (pronouncing).

Q.   Garciella or --

A.   Yeah, Criscela or something like that.

Q.   She lives on Fifth?

A.   Yeah.  She was supposed to pick me up -- they were supposed to pick me up, you know.  I -- it's a long story.  She was supposed -- you probably know.  She was supposed to go like to rehab or some shit, you know, and I just simply didn't think my car was going to be used for nothing besides being used as transportation.  When I got off this morning, I wasn't told about nothing to be aware.  I mean, about the truth, I wouldn't be driving around.  If something would have happened to my car, I would have had that shit stashed away at my house.  You know what, I'm not going to be driving around like nothing happened if I would have known what was going on in broad daylight.

Q.   So it was Shenondo and Criscela who picked you up.  Who else was with them?

A.   From work?

Q. Yeah.  When they picked you up.

A. Yeah, that was it.

Q. That was it?

A. I mean, someone actually get shot?

Q. Got shot at.  They didn't get shot.  Well, not that we know of.  We really can't find who got shot at but we don't think they were hit.  There ain't no bullet in your car.  Was there any bullet in your car this morning?

A. No, there shouldn't be.

Q. Unless somebody got shot and they jumped in your car, there would probably be some bullet, right?

A. Yeah.  I mean, hey, the car is there, you know what I'm saying, I'm not trying to hide nothing.  I don't want to answer any questions that I don't know, you know, I don't want to put myself in a situation --

Q. You're not putting yourself in no bad situation.

A. To convict me on somebody else's.  I'm lost, you know --

Q. All's I really want to know is who had your car.  What time did she get your car from you last night?

A.   Well, you know, I'm always without my car from 10:00 to 6:00.  Those are the hours I work.

Q.   So 10:00 o'clock.  Did she drop you off or something?

A.   Yeah.  I always get dropped off, you know, I mean --

Q.   I mean, is she usually the one who takes your car or --

A.   You want me to tell you the truth?  Honestly, it's numerous people, you know, numerous people.  I don't -- I don't really -- you know, they need a ride, it's right there, and maybe that -- I don't want to sit here and act stupid, you know, I knew something like this was going to happen but I didn't think it would happen on this side of -- pretty much from her side, you know.  But --

Q.   You thought it would be some of your boys or something that would do something stupid?

A.   Yeah.  That's why they never get the actual key, you know.  They might get in the car after I leave somebody else with the key, but this -- like with my car, though, I really -- I really don't lend it out to too much people

for the same reason, you know.

Q.    Who else usually borrows your car?

A.    Just her, my wife, my brother, me.  Most of the time it's just me.  Like at work, it's her or me, you know, that would be driving it, and I know Sheney isn't supposed to be driving but --

Q.    Does your wife ever see your car out and around?

A.    No.  She's -- she works at Long John Silver's, and -- like right now she's at the house with the baby and she -- you ask her, she'll be like -- I don't know.  She'll be mad, you know, she'll be mad because I'm the one to be driving it.  I don't know, you know, today I just like after work I got fired, they picked me up.  I was pissed, they picked me up at like 6:32, and I give them a call like, hey, where are you guys at?  Because they were taking forever.  And I called and she was like, well, you want me to go pick you up, Priscilla or whatever, and I was like, well, fuck, I got off at 6:00 o'clock, you know, I'm waiting right here, why aren't you guys here, you know.

Well, I got picked up and went running around, cashed my check at Lowe's, and then, you know, I just -- you know, you get fired, you just drink some beers.  Waiting for the liquor store to open and drink some beer and, you know, smoke some weed, you know, or whatever.

Q.   But nobody said anything happened to your car?  Shenondo didn't say nothing happened with your car this morning?

A.   No.  You know --

Q.   You think she was scared to tell you because you might not let her borrow it again or something; is that possible?

A.   Maybe she just didn't tell me because she knew I'd be fuckin' pissed because -- I mean, I take this serious, you know, it's trust, you know, and like I said, I known her like since 2000.  She's kind of my sister and I would have -- I would have expect her the most, like from her, a reaction from her after this is she would have told me be careful, you know.  I didn't fucking know.

Q.   Well, maybe she didn't know.  I don't know.

A.   Yeah, that's what I'm saying, that's what I'm

saying, I don't want to answer no questions because I don't know what's going on. I'll do a lie detector. I can't say who she lent the car to or who she did or what she did or she didn't do, but like I'm saying, I'm like --

Q. Did she tell you who she hung out with last night?

A. She says she's going to go around but that's -- that's like -- that's her personal thing because I don't know, I mean, she tells me some things and then she won't tell me some things. And I kind of thought about this like happening, but not -- not coming from her, you know, not some shit like coming from her because more like I said, I kind of trust her and she like -- I look out for her and I thought she'd look out for me in the car, you know, and right now I'll -- I would have been -- after work I would have been home and the car wouldn't be driven, you know, and I have no idea what the hell is going on. Like all -- (inaudible) I want to cash my check, going to get me some beer, went back to Lowe's to use the rest room, got

out and the lady was like, pull over, and, like, fuck, something is wrong, you know, so I pull over and she pulled over.  I'm like -- and the fact this is in the paperwork, I got pulled over not too long ago with her in the car and she went to jail actually because she didn't have a license.  I thought it was just that, you know, and after that the tests on her and she -- the fact that -- I mean, the bottom line was she wasn't supposed to be driving and she's underage or whatever and the alcohol that was in her system, so she got arrested and then (inaudible) the ashtray and sees the weed or the roach, and says, what's that marijuana roach doing in there?  And on my part I'm going like -- well, what were you to say?  I'm like, shit, I'm going to plead the Fifth on this because, you know, and if she wants to take it, take it, you know.  You know, I just fucking got off work, cashed my check, (inaudible) over beer, got fired, just got my insurance, got to get another job.  She ain't -- you know, I got responsibilities, that shit was on my mind.  And that somebody got shot at or my car was

involved in a drive-by or nothing like that was in my mind because I would have been home hiding from you, you know, my car would have been -- first of all, if I would have been in the plan, if it was none of my business, my car wouldn't have been involved in it, you know, because I'm going to do and get charged for the things I do, not somebody else's.  I got a kid now.  So I just thought I was doing them a favor.  (Inaudible) I mean, from which providing them with transportation, whoever took the car, and this morning I wasn't involved in all of that.  I would be at home right now or work playing this off.  My car wouldn't be on the streets.  It wouldn't have been at Lowe's.  It wouldn't have been nowhere near daylight after this would have happened even though I was at work.  You know, I'm not going to get pulled over drunk with -- smoked some weed and drank some Old English and drive around on the street like it was nothing, you know, I mean -- I mean, I'm not sure you're believing me or not.

Q.  Go on.

A.  I mean, because --

Q.  I mean, I wouldn't have -- if I knew my car was involved in something, yeah, I know what you're saying.

A.  The last thing is going to be me sitting there being caught for something stupid that I didn't do.  You know, I was at work, I'm going to be high from it.  That's probably true, you know.  (Inaudible) open like that. I thought I was okay, you know, I got caught this morning and I was like -- like nothing, you know, I'm always driving around on the street.  I got a driver's license, insurance, tag, you know, everything, besides the fact that I'm on probation, and --

Q.  Who are you on probation with?

A.  Kelly Marshall.  You probably don't even know that shit, you know, but, I mean --

Q.  Okay.  Do you know Alonzo Cruz?

A.  Yeah.

Q.  How well do you know Alonzo?

A.  Well, see, I mean -- you know the history, don't you?

Q.  Yeah, some of it.

A.  And like, we're in kind of the same job, I kind of talk to him and then I kind of don't,

Page 16

you know, because even though he says it's a fact, would you ever be comfortable or, you know -- I go around him, you know, I mean, I'm around, I have been and I've run into him in the same -- it is a small town, you know, friends put friends and friends (inaudible) friend's home and he's there, but -- it's just, I mean, I'm not around him.  You probably see me hanging around him, you never know.  But I'm in a positions I can't say who did who, but I didn't see nothing, you know, I can't vouch or defend or say he didn't do it or he did do it.

Q. Here's another thing:  Let me ask you this:  What, is there a problem right now with DV; are people not getting along with each other?

A. I mean, like I don't want to say here -- see, I'm trying to -- I'm trying to just get by, you know, with my kid and my wife, but you're asking that question because of why?  Because you got proof, right?

Q. No.  Well, I don't know.  I'm asking because I don't know.  I don't know the answer to these questions.  I'm asking if there's a problem with DV right now?

Page 17

A.   But you're asking the right questions, right?

Q.   I am?  There is problems then?

A.   I mean, I can't say specific problems, no.  I
mean, you know, we've always had problems,
not with like -- you mean with DV like within
itself?

Q.   Uh-huh.

A.   Everything is meant to be broken.  Everything
is meant to be ending with each other, you
know, I mean, friendship is -- (inaudible)
between friendship, you know.  So like a year
from now things are going to happen so I
can't say yes or no because -- you know, but
yes and no.  So like right now, like it's
just -- for the same reason you can see my
car full of people, you know, for the same
reason you didn't -- you don't see my house
around too much people around in there
because I can't -- even my own homies or,
etcetera, whatever, they can't be trusted no
more upon each other, you know, things
have -- everybody has their own beef pretty
much, you know, and, you know, Alonzo, that
goes a little deeper because who's really
going to not get pissed, you know, who's not

really --

Q.  I don't know a whole lot about that deal, I'll be honest with you. I don't know a whole lot about it. And I guess along the lines of my question with that is, is Jason and Alonzo, are they getting along, do you know anything about what their relationship is right now or do you know why they might be pissed off at each other?

A.  You want me to tell you the truth? I don't know. That's how fucked up shit is on the street, you know. There's just rumors, you know -- there isn't a recording in here, is there?

Q.  I mean, that's what that is (indicating), but don't worry about it.

A.  Well, it's just obvious, you know, everything that's being done around this town is because of the dope, you know, everybody is fighting each other because of that, you know.

Q.  Because of ice mainly?

A.  Mainly, yeah. You know, fuck the bullshit, you know, I mean, I'm not going to sit here and bullshit you. That's what it is. Everybody is -- I wouldn't be surprised if

fucking this town was given the chance for everybody to have a gun in their hand, everybody go against anybody, you know, everything is just like that nowadays. I don't know. I mean, I try to stay away from it, but it's still -- I still try to -- I try to pull away from me but it's like, it's rooted in me, you know. So I come around and I hear this and that but I can't sit here and tell you the lie or the truth because --

Q. Have you heard if those two are at it or pissed off at each other or something?

A. Let's put it this way, if you put 10 names of DV guys in there on the wall started from up there, right there, it would all web back to everybody, you know, this guy has problem with this guy, he has problems with this guy, this guy has got problems with this guy and this guy, you know, it's just like that. I mean, I don't know, you know. I don't even know why I'm being -- I'm being asked this, you know. I don't know why you're asking me this. But, I mean, you know as much as I know. It's like an observation, you know, I'm telling you, I'm just giving you my

opinion of what I see, you know.  It ain't a fact or an opinion.  It's just -- I don't know, maybe just a belief in what I see here, you know, but you can't tell me you're accountable for it because I don't really know what's going on.  But right now it's just -- like I know Jason, you know, I grew up with Jason, everybody, you know, but I can't -- put it this way, I mean, you sitting in this room, right, say we were to be friends, right, and somebody else comes, he's your friend and he's my friend, but maybe I don't get along with him and you do, right, so it's just the two -- to the point where you can't sit in the same room with him because sooner or later you're going to have to choose one side or the other.  And what would you do, you know, would you choose a friend over a friend?  I mean, a real friend, you know, one you have a history with?  So what I do, I just -- I just stand on the side line and let them do whatever they're going to do, you know.  There's a lot of shit, you know, and I don't know who shot who or nothing.  I can't say -- I'm not going to

say my car wasn't involved, you know, my car was or was not involved in a crime where somebody was shot at or was shot, I can't vouch that, you know, like I say, it wasn't me, you know, and I don't have no more knowledge as to who was shot at or why right now.  If I would have of, I can't -- I'm not going to sit here and say I would have told you or I'll tell you.  But right now the honest truth is I don't know, you know, I really don't know, you know.  Ask me a thousand questions, a hundred years in prison, if I was to know, fuck, I'm already lost in it, you know.  And the only thing I'm trying to do is stay away from me and individually just pass -- pass time with me, you know, for real, like -- it's just like back then it was trust and friendship and home boys and (inaudible).  Right now I'm just -- it's -- none of that is here, you know, I'm not going to cruise with that guy because I don't know, it's just pretty much just everything just -- there ain't no (inaudible), anybody against anybody, and that's what it is and things start like that

and things will end like that, you know.  I don't know, like I can't really say.  You know, you ask me if there's problems between DV.  There's trouble, there's problems and conflicts in anything, anything like -- pretty much, not just in gangs, you know, but, you know, sooner or later, especially gangs, because everybody is looking for something, you know, everybody is looking for some different type of grounding and after that, when your mind like is overcorrupted with whatever or determine -- whatever that word is called -- greediness, it don't matter who's standing in front of you, you know, it don't matter who stands in front of you or next to you or against you or in your way, you know, and that's just -- it's -- I'm not going to sit here and say I don't know what the hell you're asking me, you know, but the truth is, there is some conflicts going between -- you know, there is some conflicts. I don't know -- (inaudible) you can't even ask it, you know, because sooner or later, hey, you know, I mean -- I mean, you say you kind of know.  And a lot of people kind of

know.  But it's just right there.  Common sense, you know, sooner or later he's going to be mad because of his brother, you know, it was going to happen, we're from the same sect, we're from the same everything.  We might run into each other, you know, but one of these days he's going to be in a bad mood and I'm going to run into him at the wrong time, you know, and it's just like that, it's just like everybody else.

Q.  Well, you know, what happened with that, you and -- Charlie was his name, right?  Did you guys get in a fight or something or what happened with that?

A.  Well, it goes -- I mean, a long story short, I was on (inaudible), you know, drinking, you know, I was drinking, you know, I went down to where I'm staying at, I'm on the run, you know, I'm on the run.  I'm a run-away, 15 years old.  And I went on to a street where I'm staying at, you know, a little bit drunk, you know, I drove my bike down there.  All of a sudden this guy pops up I've never seen in my life, you know, never talked to him, never run into him.  And I've been down here since

'96 and I never seen this guy.  He came from the bar.  I just came off the street and I was drinking.  So he came from a bar, I believe now that I look at it, he had to have been drunk or whatever, you know, besides the point, he was just like -- put it this way, too many girls, not enough guys, you know, so things started going -- we started being said and me, you know, I don't know, what's ever enrooted in me spoke out against him, you know, you ain't going to do this, you ain't going to do that and even though he was years, 10 years apart from me older, I just -- it was something that I don't even know what happened, why it happened, and here I am, you know, still trying to get out of it, you know.

Q.   I hear ya, man, I hear ya.

Coming back to today, though, you don't know why there would be any problems between -- let me ask you this, is anybody or is DV as a whole or what's left of it as you put it, are they mad at Alonzo, is anybody mad at him?  Or let me ask you this, or is everybody mad at Jason by chance?  Because I

heard Jason is supposed to be trying to get
things back together and running things on
the street.

A.   It's not -- like I was saying earlier, you
know, everybody is looking for the high level
in the rank, you know, fuck everything else
pretty much, you know, it's just like that.
Before it was like, we'll get there together.
And now it's like, fuck everybody, I'm
getting there by myself, trying to push
everybody off the map.  You know, it's just
the truth.  You know, Jason and Alonzo really
don't have nothing against each other, but
then again, like I was saying, something
needs them that leads -- points them back
into a conflict, you know.  I'm going to give
you an example, you know, it's like me, like
all of a sudden I start (inaudible) from
everybody, you know, but this guy has a
problem with my homies.  Well, they're both
homies so what am I supposed to do, let them
handle it, you know, because I can't really
choose him or him because that would be -- I
mean, I'm pretty much -- it's a lose-lose
situation so let them handle their own, you

Page 26

know, everybody handle their own problems now.  Jason has -- I don't know what you're talking about, Jason was getting shot at, you know, car was being harassed, all that, okay, I don't know what brought that upon him. Something did, you know.  I'm going to tell you the truth, the main problem is it's the bitches and the ice, you know, that's just the bottom line, it's the drugs and the bitches, you know, that's what all the troubles are about, you know.

Q. Much like everything in life, women come in between a lot of friendships, so --

A. Well, a lot of bullshit, you know.

Q. You want a glass of water or something?

A. Yeah, I'm kind of dry.

Q. Let me get you a glass of water.  Just hang tight for a second.

        (Break in Interview.)

Q. Here you go, Angel.  I'll be right back in.

A. All right.

Q. Angel, is there anything else we need to talk about?  The officers contacted Kelly when they were out there I guess on scene so Kelly issued an A & D for your arrest also, so --

you have to take care of that.  You probably will have to go in front of a judge.

So how old are you now?

A.   22.

Q.   You're still on for juvenile stuff?

A.   (Witness nods head.)

Q.   Why is that?

A.   Because of a woman.  For Charlie.  Got three years to pay for that.

Q.   Well, then you know as well as I do, man, you can't be out drinking beer and doing that kind of stuff.  You know what I'm saying?  So I don't know if she's going to come out and talk to you or not or whatever, but I just wanted to let you know what was going on with that, okay?

Do you have any questions for me, man?  Okay.  If you ever need to get a hold of me, you know my name now so you can just call up here and leave a message or whatever.  I can call you back somewhere.  Whatever the deal is, if something bad is getting ready to go down, man, call me because I'd much rather put a stop to things before somebody gets hurt, you know what I'm saying?  You with me?

Page 28

I'm being serious.  Okay.  Well, hang on, let me grab this officer and he'll take you out to CJ and if anything comes up or you need anything, just holler.  Cool?  All right.  Appreciate you talking to me and it helped answered some questions, you know, and I know that you weren't in the car and that -- I even called National Beef just to make sure, you know, that you were at work when you told me just to check and they said they haven't fired you.  Who fired you?  I talked to Opie and Opie says, I'm the one who fires everybody so I would have known.

A.    Fuck, I'm fired now.

Q.    All right, man, if you need anything, okay, get a hold of me, let me know.  Cool?  All right.  Shake my hand?  All right.  Hang tight for a second.

            (End of Interview.)

Angel Cerda Interview 5-9-12

(J.L. Bice and Niel Tierney - Ford County)

EXHIBIT C

AGENT TIERNEY:  Bring your arm up this way.  All right.  Why don't you go ahead and have a seat right there.

DETECTIVE BICE:  I'm going to leave for a second.  I'll be right back, all right?  Are you good?

ANGEL CERDA:  Yeah.

(Detective Bice leaves the room.)

AGENT TIERNEY:  It's too early, man.

ANGEL CERDA:  Yeah.  Can I throw this away?

AGENT TIERNEY:  Yeah.  Is that going to be as much as they grow?

ANGEL CERDA:  No, That's it.  It's been like that for a year now.  Since '05.

AGENT TIERNEY:  You didn't want it to come back and you thought it was the fungus and it was actually the toenails.

ANGEL CERDA:  Well, when I went in, the water system they had was out of a two liter bottle and it come out of a tube.  So when the state pays, that's what you get, so -- I've been there a couple times.  I got

my wrong wisdom teeth pulled out (inaudible).

AGENT TIERNEY:  How long were you up there?

ANGEL CERDA:  Thirty months. Yeah, 30 months.

AGENT TIERNEY:  Where was that at?

ANGEL CERDA:  Topeka.  The hole cat.  You knew they built a new prison.  I was in both of them.

AGENT TIERNEY:  Is that that manslaughter deal?

ANGEL CERDA:  Yeah.

AGENT TIERNEY:  I'll try to make it clear for you here in a second when he gets back.  I've got to read you a Miranda form and explain what your rights are and we can talk about the weather and your toes and stuff like that, and then I need -- like I said, we'll talk to you about some stuff going on around here.  What is going on for you?  Probably what the schedule will be, because today is Wednesday, those kind of things -- just give me a second or two, like I said, when he gets back and we'll try to

make it clear.

ANGEL CERDA:  All right.

AGENT TIERNEY:  And then we'll see if maybe I can't get back with you sometime today and tell you your mom's fine. I worry about mine, too.  She 86 years old. They're not as young and fragile as they used to be, certainly not as much as we are.

ANGEL CERDA:  Yeah.

DETECTIVE BICE:  All right. Angel, my name is J. L. Bice.  I'm a detective here at the police department, and this is Agent Niel Tierney with the Bureau of Alcohol, Tobacco and Firearms.

AGENT TIERNEY:  That's me, 20 pounds heavier.

DETECTIVE BICE:  You know about that, right?  So I'm going to let Agent Tierney, he's going to explain some stuff to you.

ANGEL CERDA:  All right.

DETECTIVE BICE:  And then we will move forward from there, all right?

AGENT TIERNEY:  Angel, this is the Miranda warning.  Basically I have to

explain your rights --

ANGEL CERDA:  All right.

AGENT TIERNEY:  -- because at this point you're in custody --

ANGEL CERDA:  All right.

AGENT TIERNEY:  -- and you have rights.  Let me jump through this form.  By going through this form it's not saying, you know, you're going to tell me who killed Kennedy or anything like that.  It's just saying that you understand if we get to something you don't want to talk about, just say, I don't want to answer that question.

ANGEL CERDA:  Okay.

AGENT TIERNEY:  Or you can tell me that now.  But like I said, give me the courtesy of getting through the form and we'll see what we're talking about.  Angel, A-N-G-E-L?

ANGEL CERDA:  Yeah, Hefrain.

AGENT TIERNEY:  What?

ANGEL CERDA:  Hefrain, H-E-F-R-A-I-N.

AGENT TIERNEY:  Last name?

ANGEL CERDA:  Cerda, C-E-R-D-A.

AGENT TIERNEY:  I'm sorry?

ANGEL CERDA:  C-E-R-D-A.

AGENT TIERNEY:  C-E-R.

ANGEL CERDA:  D-A.

AGENT TIERNEY:  D-A?

ANGEL CERDA:  Yeah.

AGENT TIERNEY:  Cerda.

ANGEL CERDA:  Yeah.

AGENT TIERNEY:  What is your address?

ANGEL CERDA:  100 Juneau.

AGENT TIERNEY:  Is that where we were at today?

ANGEL CERDA:  Yeah.  It's J-U-N-E-A-U.

AGENT TIERNEY:  What is your phone number out there?

ANGEL CERDA:  It's 339-0387.

AGENT TIERNEY:  329 --

ANGEL CERDA:  339 --

AGENT TIERNEY:  339.

ANGEL CERDA:  -- 0387.

AGENT TIERNEY:  Okay.  Before I ask any questions, you must understand that you have rights.

ANGEL CERDA: Uh-huh.

AGENT TIERNEY: You have the right to remain silent. Anything you say can and will be used against you in a court of law. You have the right to talk to an attorney and have him present with you while you're being questioned. If you cannot afford to hire a lawyer, the court will appoint a lawyer for you. If you decide to answer questions now without an attorney, you still have the right to refuse to answer at any time. That's what I was telling you about before. Do you understand these rights as I explained them to you?

ANGEL CERDA: Yes.

AGENT TIERNEY: Could I get you just to initial right there and put AC. Having these rights in mind, do you wish to talk to me now?

ANGEL CERDA: I want -- yeah, I guess because I want to know what I'm arrested for.

AGENT TIERNEY: Well, and like I said, you can say, hey dude, I'm done, take me to jail, but like I say, let us get

through the form and we'll talk to you a

little bit and then you can say, hey, I don't

want to go there, or you can talk -- having

these rights in mind, do you wish to talk to

us now?

ANGEL CERDA:  Yeah, I mean --

AGENT TIERNEY:  Like I said, you

can cut the questions at any time.  Give me a

yes right there, and I'll have you sign

-- I'll sign it (inaudible).

DETECTIVE BICE:  I don't know but

I think yours might last longer than mine

because I --

AGENT TIERNEY:  All right.  I'll

leave that sit right there for you.  It's a

federal arrest warrant for you.  We are

working with Dodge City and we're trying to

help out this community with some issues that

are going on.  What is going to happen, I'm

not sure it will be today or tomorrow.  It

kind of depends on the space here in the Ford

County Jail.

ANGEL CERDA:  Okay.

AGENT TIERNEY:  But I will be

taking you back down to Wichita because it's

a federal court.  There is three federal courthouses in the State of Kansas, one in Wichita, one in Topeka and one in Kansas City, Kansas.

ANGEL CERDA:  Okay.

AGENT TIERNEY:  We're going to Wichita which is the closest one -- I don't know if Topeka or Wichita is closer.  How it works in the federal system versus the state system, you will go see a master judge and it's called a first appearance.

ANGEL CERDA:  Uh-huh.

AGENT TIERNEY:  Kind of like an initial appearance.  We'll take you down here to the marshall service.  The marshall service will process you.  You'll meet people from probation and pretrial services.  They'll sit down and talk with you, kind of like some of those places on whether or not you can afford an attorney.  If you've got an attorney then we'll reach out for that attorney for you.  If you don't have one then you have the opportunity to meet one, and on the federal side it's a federal public defender.  And you'll sit down with those

people and they'll explain to you what is going on.  Then you go in front of the judge for an initial appearance.  The judge reads the charges and the only plea they can accept for you at that time is a non guilty plea.  Then you have an opportunity for a detention hearing or identity hearing, so if I say your name is Mark Smith and you say, I'm not Mark Smith, we'll show you're Mark Smith, or the detention hearing, which is where the public defender will talk with you, address the court, look at your situation, family, employment, criminal history, and then make a recommendation to the judge that you get out on your own recognizance bond or what have you.  And then like I said, they'll start talking with you about what is going on there.  So that's what is going on now.

ANGEL CERDA:  All right.

AGENT TIERNEY:  You know, there is a couple things we'd like to talk to you about in regards -- I mean, you're a man about town.  You know what is going on.  I'd like to talk to you about some of the gang activity that's going on in Dodge City.

That's basically why I'm here.  They have asked me to come, and some of my folks, to give them a hand with some of the violence that's going on in Dodge City.  You know, we're interested in, you know, talking with your mom.  We'll make that as easy and painless as we can do it.

ANGEL CERDA:  Uh-huh.

AGENT TIERNEY:  I think there is some things going on in your life that -- speaking man to man that she knows about, and you probably know what I'm talking about, dogs and roosters.

ANGEL CERDA:  Oh, yeah.

AGENT TIERNEY:  Well, I mean, I'm not going to sit here and -- I mean, you know, I'm looking for you to talk with us.  The one thing I can do for you, and -- so I'm not going to bullshit you, at the end of the day, not today, but in your case, your federal case, the public defender, your attorney, will sit down with you and say, is there anything you can do to help the government.  And then the judge is going to look at me at the end of the day, at the end

Page 12

of the case and -- to give you cooperation or injunction points.  I have to get with the United States attorney and then address the court and say Angel did help me out, and then that's all I can do for you.  Does that make sense?  I know I'm kind of dancing around that and I don't know --

ANGEL CERDA:  Well, yeah, you are.

AGENT TIERNEY:  Well, ask me a question or two, but I mean, you know, I'm paired up with a local detective.  He knows what is going on around town.  You know, he's got some specific questions.  I've got general questions.  So I'd like to have him ask you some questions about gang activity.

ANGEL CERDA:  Okay.

AGENT TIERNEY:  Like I said, you know, I'm not going to bullshit you.  You can say I don't want to go there, but that's the kind of thing that -- some of the things we're interested in.

ANGEL CERDA:  Uh-huh.

AGENT TIERNEY:  You know, we know there is, you know, some activity with dog

fighting and chicken fighting going on.  You know, I hope you can help us with that, too.

ANGEL CERDA:  Okay.

AGENT TIERNEY:  What we'd kind of like to do is probably go back a few years, okay?

EXAMINATION

DETECTIVE BICE:

Q.    We kind of want to work our way up to the present day, all right?  So some of the questions I'm going to ask are going to be pretty specific but then some of the questions that I ask, like Agent Tierney said, are going to be kind of juvenile questions, okay?  So what we kind of want to do, I just want to go back, okay, a few years.

How old are you now?

A.    Twenty-six.

Q.    Twenty-six.  Okay.

Let me ask you this, Angel, when did you first get started in gang activity, how old were you?

A.    Fifteen or 16.

Q.    Okay.  So do you remember about what year

that was, what years?

A.   No, I don't.

Q.   You're 26, so about ten years ago?

A.   Yeah.

Q.   So we're looking back at about 2002, huh,
somewhere in there.  Does that sound about
right?

A.   Yeah, 2001.

Q.   2001.

AGENT TIERNEY:  Did you jump
around gangs or stay with the same gang?

ANGEL CERDA:  Speaking from then
it was just the wrong decision I made when I
was young but up to this point I don't have
nothing to do with that.  Like I said, I
mean, that was years ago when I was young and
didn't have nothing going on.  Right now I've
got my kids and I'm having them for a while,
and I've been hanging around with the wrong
people but I haven't been -- I haven't been,
like, into it, you know --

Q.   So when you say you haven't been in it
lately, in other words, your terminology,
tell me if I'm right or wrong.  So in the
last year or so you haven't actively been

banging?

A.  No -- well --

Q.  Would that be a true statement or --

A.  Yeah, true statement.

Q.  Okay.  But you still banging, is that right?

A.  No.  No, I mean, that's part of the thing, too, I -- I mean, I know you guys ain't going to believe me or anything, but I don't want nothing to do with that shit no more, you know.

Q.  Well, let me -- and because, you know, I know there is some different -- there is some different dynamics to gang life --

A.  Yeah.

Q.  -- you know, so, you know, there is still guys out there that -- you know, they aren't actively banging, that kind of stuff.

A.  Uh-huh.

Q.  And -- but they still represent, you know what I'm saying?

A.  Yeah.

Q.  So maybe they're not actually into politics of things, and maybe they're not out there doing things, but they still represent who they are and who they side with.

Page 16

A.   Uh-huh.

Q.   Would that be a fair statement?

A.   Not to me.  I mean, that wouldn't be my case.

Q.   But you think there is people out there that do that, though, would that be a fair statement, is that correct?

A.   I mean, I think there is a lot of people that do a lot of -- yeah.  I mean, I'm not going to let myself do that, but I'm pretty sure there are people that are like that.

Q.   Okay.  So at this point if we were to search your house, go look through your house, would we find any kind of gang paraphernalia, would we find anything that says DV on it, will we find anything that has XIV on it?

A.   No.

Q.   Would we find red clothing?

A.   Well, I mean, I've got -- I've got orange clothing I wear nowadays, you know, so yeah, that's probably about it.  You might find a pair of maroon or red shorts but that's about it.

Q.   Okay.  What about any firearms, anything --

A.   No.

Q.   Firearms?

A.   None of that.  None of that.

Q.   Are you -- you're a felon, correct?

A.   Yeah.

Q.   Is that correct?

A.   Yeah.

Q.   So there is no firearms in the house?

A.   No, there is nothing in there.

Q.   Okay.

A.   Just --

Q.   Obviously, you know, we've done our research on you a little bit.  We kind of know some of the trouble you've been in and stuff.

A.   Yeah.

AGENT TIERNEY:  How did you first get associated with DV because that's who you claimed --

ANGEL CERDA:  Well, it was a friend from high school, you know.  Like I said, I was young, made the wrong decision.  That was pretty much it, you know.  I mean, I was young and stupid, associated with the wrong crowd, you know.

AGENT TIERNEY:  Okay.

ANGEL CERDA:  And then I started growing up.  And you don't want to say me,

that ain't bad for me, you know, I don't agree with it, you know.

AGENT TIERNEY:  Did they come recruit you or did you just want to jump in or --

ANGEL CERDA:  I've never -- you know, like I said, I wouldn't have jumped in. They wouldn't consider me as one of them.  I was friendly pals, you know, high school. Followed it, you know, and then stepped away from it, you know.  I might still have contact with one another, you know, hey, what is going on blah, blah, blah but that's it. I'm not, you know -- I mean, like I said, I mean, until back in 2003 I was -- just made the wrong decision of still hanging around with them and I saw they're going to drag me into places that I don't -- it's not about me, you know, so I was, like, put a stop to it completely and that's it.

DETECTIVE BICE:

Q.    So when you got -- so you didn't actually get jumped in?

A.    No.

Q.    But you still go by Shrek?

A.   Yeah, that's -- they call me a lot of things, Shrek or --

Q.   But that's the nickname -- that's probably going to stick with you for a while?

A.   Yeah.  Well, everybody says I look like Shrek.  I don't want to be called Shrek, you know, but --

Q.   Maybe you just kind of have to roll with it?

AGENT TIERNEY:  If you keep saying it, it will never go away.

ANGEL CERDA:  Everybody is, like, Shrek.  My mom is even like why do they call you Shrek, and she might call me Shrek but it's the name they gave me and it's not something I wanted.

DETECTIVE BICE:

Q.   Obviously it stuck?

A.   Yeah, it stuck and it ain't going away.

Q.   Okay.  All right.  When you kind of started hanging out with these guys were you still in school, had you dropped out of school by that point?

A.   I was in school.

Q.   You were still in school?

A.   I was in school.

Q.   Okay.  And you have two brothers that I'm
aware of --

A.   Yeah.

Q.   -- or three, actually, because there is
Roberto, right?

A.   Yeah.

Q.   And then Eric?

A.   Eric.

Q.   And then what is your youngest brother's
name?

A.   Alex.

Q.   Alex.  Okay.

A.   Yeah.

Q.   Do you have anymore brothers?  Is that all
your brothers?

A.   There is Kevin, but he's still a momma's boy.

Q.   Kevin?

A.   Kevin, yeah.

Q.   How old is Kevin?

A.   Probably first year in high school.

Q.   Okay.

A.   Thirteen or 14.

Q.   Is he getting involved in this stuff?

A.   No.  No, he's not.  I mean, like I said, my
brother, you can tell -- I mean, you can

tell, you know, we made the wrong decisions. We're brothers.  Of course we're going to be pretty much -- they're going to be looking up to me and the others looking up to the next one, but --

Q.   Right --

A.   -- but I mean --

Q.   You're going to be looking to each other for some sort of guidance?

A.   Yeah, and I can't really say that, I mean -- me and my brothers are -- we just got away from that, you know.  I might have gone a few times or whatever or -- I can't speak for them, but I can speak for me.  You know, I'm just letting you know, I mean, I can sit here and tell you 100 stories but are you going to believe me or are you going to know they're true.  So it's like -- like we haven't really been in that type of shit, you know, but we just like -- back then it was like we thought it was something cool, you know, but I didn't -- like I said, it's been a while since -- I mean, I figure, you know, you hang around with the wrong crowd that's what you're going to be considered.  If you hang around with

queers, you know, everybody is going to think you're a queer.  If you hang around a bunch of racist persons they'll say that fucker is a racist.  So it took me a while to comprehend all this and stuff like that.

Q.    Sure.

A.    Back to the question of my brothers, I can't speak for them, you know, they're -- they're real enough for their actions or whatever, but I mean, I'm --

Q.    Obviously, you know, because of some of the activity you've been in, I mean, obviously you've been in trouble?

A.    Yeah.

Q.    You know, your own corrections (inaudible).

A.    Correction, yeah.

Q.    Who is your corrections officer?

A.    George Stovar (sp).

Q.    George Stovar?

A.    Yeah, George Stovar.

Q.    And what do you have corrections for?

A.    High speed chase because I was hanging around my brother, like I said.  From that point on that's when I was, like, hanging around -- getting dragged into this bullshit hanging

around the wrong people, like I said, even though I'm not really a part of it but I might consider being part of it if I'm still having contact with it, you know.

Q.   Guilty by association?

A.   That's what I'm saying, guilty by association or contact, you know.

Q.   Right.  Okay.  And when was that?

A.   That was January what, 13th of last year.

Q.   Of last year?

A.   I was catching a ride from Louis and my brothers and their friends their age or whatever, and I guess you can sit there and say that because I was in the car I was one of them, is what the court said.  That's what -- I was like, wait, I don't want that shit going on no more.  You know what I'm saying? So I said, fuck it.  I might run into them at the carnival.  I might run into them at that, but I keep walking forward.  What is up, you know.  I mean, if I know you from high school, of course you're going to greet me and say, how's it going.  Be social.  That's all I do.  When I say I'm not really -- well, I'm social with them, you know.  I'm not

going to sit there and go fuck you, mother fuckers, because I've got kids and blah, blah, blah and --

Q. Repercussions?

A. Repercussions, yeah, that's how I look at it, because, you know, when you don't agree with something, why be a part of it, you know, and that's all.  It took me a while.  I was misguided or whatever, blah, blah, blah when I was younger but like I said, you know --

Q. Let's go back, then, a few years and let's -- I want to talk to you about a couple things that I have knowledge about.

A. Okay.

Q. Okay.  And as Agent Tierney told you, we're not going to pull any punches here, okay?

A. Uh-huh.

Q. I will give you some information --

A. Uh-huh.

Q. -- okay, and the reason I do that, in all honesty, Angel, I've got to tell you everything, but when you tell me the story, you ask --

A. You already know.

Q. How are you going to know if I'm telling the

truth or not, and that's because there are certain things I do know.

A. Yeah.

Q. And obviously, you know, if you don't tell me the truth, then I'm going to know that --

A. Uh-huh.

Q. -- you know, so that's how we do them. So I did kind of want to talk to you about a couple things and they're things that are further past --

A. Uh-huh.

Q. -- okay? So one of the things that I want to talk to you about was back in -- do you recall an incident with Rookie (ph) and Rabbit?

A. Yeah.

Q. Okay. Can you just tell me -- tell me what happened that night.

A. Well, I mean, it's pretty much -- it's been -- I mean, I can't say what day it was. It's been a while now.

Q. Sure.

AGENT TIERNEY: You know what he's talking about?

ANGEL CERDA: Yeah, because I was

arrested that night.  And the thing is I want to be straight honest, I was at home sick laying on the couch and all of a sudden they had some beer in the back of the Blazer and I know it's stupid but girls and beer -- girls and beer, well, let's go, and whatever happened from there it was crazy.  And like I said, I just happened to be jumping in the ride.  I don't know what they were up to or -- like I said, I was in the car when they took off and we showed up supposedly at the party and gunshots were fired and took off and shit like that.  And back then I was scared.  You know, like fuck, you know, so I pretty much, like -- well, I try to say something that pretty much didn't make no sense but I remember what I said.  It's been a while back, but I mean, if you ask the question, what are you really trying to get at, and like I said, I was -- from the house on Kettleway we jumped in the car and drove to the party.  And I don't know with who, just a bunch of people, you know, like --

AGENT TIERNEY:  Do you remember kind of where it was at?

ANGEL CERDA:  It was in the trailer park (Inaudible).

AGENT TIERNEY:  Over by, like, (inaudible), is that right?

ANGEL CERDA:  Yeah.

AGENT TIERNEY:  All right.  So you went over there.

DETECTIVE BICE:

Q.  Was there anybody else with you or was it you and Rabbit and Rookie?

A.  Yeah.

Q.  Just the three?

A.  Yeah.

Q.  Okay.

A.  Like I said, I had a buddy say, do you want to drink?  Yeah.  I don't know whether they made it sound like we were -- that time we were there to kill somebody or something like that, but that wasn't the case.

Q.  You said beer and girls, so they told you there was girls or was there girls with them?

A.  There was girls with them, you know --

AGENT TIERNEY:  There was a couple girls in the car?

ANGEL CERDA:  No, not in the car,

there was a couple people hanging out -- like they started getting in the cars.  What happened, it was just -- they were trying to go, one of my brothers, and see if they can party over there at the house, you know, and like I'm like, no, this is a no, and I seen girls jump in another car, and I was, like, hey, you know --

AGENT TIERNEY:  Sounds like a place I want to go.

ANGEL CERDA:  I want to follow that.  And that's what it was.  I'm telling you the truth.  I want to go to that, you know.

AGENT TIERNEY:  All right.

ANGEL CERDA:  I happened to jump in the wrong car at the wrong time.

DETECTIVE BICE:

Q.   But it would be a true statement that during this time that both Rabbit and Rookie are claiming DV?

A.   Well, I mean, I don't know.  You know -- I mean, like, if you talk to them now I'm pretty -- I don't know.  Like I said, I can't answer that for them, you know.

Q.   Okay.  I mean, I guess let me ask you this:
     Everybody knows Rabbit?

A.   Uh-huh.

Q.   When I talk about DV you know what I mean,
     correct?

A.   Yeah.

Q.   What is your definition of DV?

A.   Well, I mean, it stands for Devil Vehicle
     (ph).

Q.   Which is a street gang --

A.   Yeah.

Q.   -- is that correct?  That's a fair statement,
     right?

A.   Yeah.

Q.   Okay.  So -- but during that day, I mean, I
     think it would -- a true statement would be
     that these guys would at least represent, is
     that correct?

A.   Like I said, I don't know, you know, I
     mean --

          AGENT TIERNEY:  Let me ask you
     this:  Have you ever known a time when Rabbit
     was not a DV?

          ANGEL CERDA:  Well, in high
     school, and it was just like a friend, you

know.  I don't know.  I mean, honestly, I don't even know much about them.  Just high school shit, you know.  I haven't seen them for a while.  I might see them in the street and like social, what is going on blah, blah, blah, but I don't know -- I couldn't say where he lives at and where he's at right now and stuff like that.

AGENT TIERNEY:  Okay.

ANGEL CERDA:  But, I mean, we made a lot of choices and we obviously made the wrong choices.  I can't -- I don't even know their history, if he ever got jumped on or not.  That's what I'm saying, I know that Rookie has claimed over (inaudible) or whatever, back then, but I don't know where he stands today and stuff like that.  I know Rabbit was DV or Rabbit was LLC, too, back then and now DV.  Sorry.  He was DV back then but now, when I see the guy, it's just -- I mean, he has kids, too, like I said, you know.

Q.  Would it be true to say that back during that time, though, that -- I mean, obviously I'm aware of certain tattoos.  I'm aware of

certain clothing.

A. Yeah.

Q. That stuff is common with both of those guys, would that be a --

A. Like I said, back then, yeah, but I don't know about now.

Q. Okay.

A. You see their clothing and they're Yankees running around right now with hats and stuff like that.

Q. And obviously, you know, tattoos don't just come off, so --

A. Yeah.

Q. -- you know, speaking of that, obviously you have --

A. These ones are on record, yeah. They've been taking pictures of them and stuff like that. That's why I can't hide them. I can't (inaudible) like I said, I got them on the wrong -- you know --

Q. Well, you got those on -- at your -- what age were you when you got those?

A. I don't remember. I don't remember exactly. I just know I got them. As a matter of fact, a couple beers and I woke up and I had them,

shit like that.

Q.   Yeah.

AGENT TIERNEY:  But they came on about 15, and now you're 26, about an 11 year period, so did you get them five or six years ago?

ANGEL CERDA:  Five or six years ago.

AGENT TIERNEY:  Still in high school?

ANGEL CERDA:  I just got to remember, you guys, marriage.  I don't know -- I don't remember when I got married.

AGENT TIERNEY:  We won't tell.

ANGEL CERDA:  Well, when she asked, that's fucked up you don't remember, but -- shit like that.  I mean, I'm not going to lie.  I don't have a very good memory of dates and stuff like that.

DETECTIVE BICE:

Q.   Well, let me ask you this:  What is your -- what is your definition of what those tattoos stand for?

A.   I don't know.

Q.   Your definition.  When you were 15 and 16

when you got those tattoos --

A.  Yeah.

Q.  I mean, I'm talking your mind-set back when
you got them, not now.  Back when you got
them, what did they mean to you?  What does
that mean to you?

A.  I mean, 14, you know.

Q.  And what does that represent to you?

A.  Speaking of the gang.  I don't know what it
stands for, you know, they just -- they just
came on, and I didn't even know what that
really means.  Like 14, that's it.  You know,
I guess the letter N, that's all I know, but
that's -- and that --

Q.  And the letter N stands for something else?

A.  Yeah.

Q.  Which is what?  It's not Nebraska?

A.  It's not Nebraska.  Well, it's just the
letter N, like N, you know.

Q.  Which is for narquenos (ph), correct?

A.  Yeah.  Yeah, I think so.

Q.  Narquenos?

A.  Narquenos.

Q.  Okay.  Let me take you back to another
situation.

Do you recall a night at your mom's house down on Kettleway where I believe officers from the police department and from the sheriff's office found Gonzo's car in your shed out back, do you recall that night?

A.  Yeah, because they were in there and I let them in to search the trailer where I was in.

Q.  Okay.

A.  Yeah.  I don't remember what day it was or all that.

Q.  Okay.  And keep in mind, again, Angel, you know, the reason I ask these questions is because a lot of times I know the answers before --

A.  Okay.  I mean, like let's start with her. Like I know a lot of things we said on the streets, you know.  You hear a lot of rumors like --

Q.  We hear them, too.

A.  I hear them and everybody hears them.  Like back then, let me give you an example.  It may be to this day -- what was his name George Yamples (sp) when he got killed, a lot of people were going around saying I killed him and stuff like that.

Q.   Okay.

A.   And I was, like, being number one, that was a friend from high school, you know, shit like that or whatever, you know.  He was a couple years higher, but -- he wasn't my best buddy, but they assumed that I killed the guy, you know, and people going around saying -- even the mom to this day told my mom at Wal-Mart when they worked together at Wal-Mart, your son killed my son and shit like that.  But like I said, I was hanging around the wrong people and an accusation like that will get me killed by a family member or brother, you know.  And I was, like, wait, these people are fucking dragging me into a shit hole without knowing anything or without doing anything with it, you know.  And like I said, I just wanted to put an example like that and understand that -- my mom's place was surrounded once again, you know, and knocked at the door and I was home with my daughter sick, and I don't recall what day it was or what day of the week it was, but yeah, it was -- the car was found in the shed, but like I said, I mean, obviously it's a fact.  You

know, you guys have records of it.  There has been a lot of shit out there.  There is a lot of people that hid out there and go there because -- for the same reason me and my brothers -- the wrong people hanging around, so --

Q.  And when you say -- we'll kind of get -- when you say the wrong people, though, these are some of the people -- the same people we're talking about, though, right?

A.  I mean, not just them, yeah.

Q.  That are DV affiliated, gangs?

A.  Other people, yeah.

Q.  Okay.  Let me -- so tell me about that day, and keep this in mind, okay, obviously we're here talking to you --

A.  Yeah.

Q.  -- so obviously we've been out talking to other people.

A.  Uh-huh, yeah.

Q.  So -- and you're completely right, there are times when you get just rooked.

A.  Yeah.

Q.  But there are also times when you're able to confirm --

A.   Uh-huh.

Q.   -- the things that people are saying.

A.   Yeah.

Q.   Okay.  So, you know, tell me what happened that day?

A.   Like that's just from that point, you know, like I was saying earlier, you know, I was at home.  They were searching the place, the whole property and they found Gonzo's car in the garage, and like I said, I know that guy from high school and, you know -- and I socially talk to him, but I can't really rely, you know -- what are you asking?  They did find the car in the garage.

Q.   Do you remember being with him earlier that day?

A.   Yeah, he was at the house earlier.

Q.   Okay.  And I think you know what I'm getting at?

A.   Yeah.

Q.   I think -- I'm in no way, and I don't think -- you know, I'm not going to treat you like you're dumb or stupid.

A.   Yeah.

Q.   There is an incident that happened that day.

Page 38

A.    Yeah, I remember, yeah, because the cops told me.

Q.    Okay.  Well, they might have told you --

A.    Uh-huh.

Q.    -- okay, but I think you know more than just being told about it.

A.    No, I don't.  You know, like I -- you know, the cops got to the house and, you know, that's why I was, like -- I thought they were there for the same incident with Rookie and Rabbit, you know, and then they're, like, we're here searching the place and I let them search the trailer, like I said, and then that was it.  They left, you know.

Q.    So what incident did they tell you about? What do you think I'm talking about that day, that happened that day?

A.    I mean, they've been out there for a lot of reasons.  Like I said, you know, you're saying -- I can't -- you know, I can't rely on that.  I mean -- I mean, a lot of people have gone over there to hide out, you know, and they've been caught there, you know.  A lot of people have been caught there, you know, and stuff like this.

Q.   Okay.

A.   So --

Q.   But you said somebody told you about what happened that day.

A.   Well, the cops told me.

Q.   What did they tell you happened?

A.   They told me that there had been a drive-by and the car was hiding in the garage, you know.  And I was, like, well, I mean, the car had been there earlier but that's -- like I said, that's as far as it goes with me.

            AGENT TIERNEY:   Was he there earlier?

            ANGEL CERDA:   Yeah, he was there earlier.

            AGENT TIERNEY:   Was the car there before he got there?

            ANGEL CERDA:   What do you mean?

            AGENT TIERNEY:   Did he bring the car there?

            ANGEL CERDA:   He was going to fix it, supposedly fix some brake pads or something, so it was left there.  And like I said, it wasn't --

            AGENT TIERNEY:   So he drove the

car there and talked to you and said --

ANGEL CERDA:  Well, no, it was my brother.

AGENT TIERNEY:  It was your brother?

ANGEL CERDA:  Yeah.  See, that's the thing, you know, I mean, like I said, I can't speak for my brothers but if they still have made the decision to continue with this, then that's a decision they made, but a lot of people have been there, my brothers.  I mean, I'm not going to say what is going on, but I'll go right back inside the house, you know.  I'm not going to sit here and bullshit you.  If there is a party back there I might go look over there, but then I've got the wife saying, what are you doing back there, you know.  Are you trying to talk to some girls and stuff like that, and we have an issue because of stuff like that, so I run back in there and stuff like that.  So I mean, it's just -- I know I'm -- I'm in a fucked up situation because, like, I know -- I mean, I don't know you, but I know you've been keeping an eye on this for a

Page 41

while, you know, and it's like, I've been around all kinds of people that have gone down for some shit.  Like my dad, I was almost dragged into that, you know, whatever. There was people that's been doing this I've known.  It's just -- it's just --

Q.  Well, you know, I think it's safe to say that obviously, you know, the lifestyle that your dad was involved with --

A.  Yeah.  That's what I'm saying, there is a lot of people -- I mean, I can't say who it is, but we've been sitting there and we don't know if we're going to get whacked or not because of that.  People have gone by and threatened us or shit like that, and they say people are going to come down because of my dad, blah, blah, blah, so, you know, other people that my dad knew have gone out there, too, and, you know, like I said, it's just -- we've been -- since then everybody just goes by the house and they think they can go in there and hide out or whatever, you know.

Q.  Well, this is the thing, Angel, you know you're the one that really needs to take some of this stuff into consideration.

A.   Uh-huh.

Q.   Okay.  Because -- and this is the situation, I'm just going to tell you point blank because there is going to be people testify --

A.   Uh-huh.

Q.   -- okay, to some things.

A.   Uh-huh.

Q.   And those things are going to be able to be substantiated.

A.   Uh-huh.

Q.   Okay.  And the reason I say that is because I know --

A.   Uh-huh.

Q.   -- that you know more about what happened that day, and the reason I know that is because you were there.

A.   Uh-huh.

Q.   Okay.  So I think you're -- you're kind of at a cross road.

A.   Uh-huh.

Q.   You know what I mean?

A.   Yeah.

Q.   You're at the fork of the road.

A.   Uh-huh.

Page 43

Q.   I mean, there is only -- there is really only -- you know, your choice is really limited.

A.   Yeah.

Q.   Okay.  And that's why I say, you know, it's -- when I ask you these questions --

A.   Uh-huh.

Q.   -- it's important, you know, that you're honest with me when it comes to that stuff because, like I said, one, it's not going to go away.

A.   Uh-huh.  Yeah, well, I mean, I understand, and like me and the situation, I mean, I can be, like, yeah, I'll testify against anyone. Tell me what to say and I'll say it just to get out of it, but, you know, I know where I stand at this point, you know, like --

          AGENT TIERNEY:  All we want is the truth.

          ANGEL CERDA:  Yeah, and like I say, get whatever you need to testify but -- I guess you can say any story just to get whatever and then try -- the recorder -- like me last time I was, like, shit, I better say something.  Even though it wasn't the right

story, I still said it.

DETECTIVE BICE:

Q.   But you understand -- you understand if you're in a situation that, you know, you don't want to talk about somebody else, you know, just tell me the events that you remember that day, what you can.

A.   Like I said, I don't -- I mean, I have a lot of issues with memory, you know what I'm saying, and, like I said, I mean, you're going to say you're bullshitting, you know, but that's pretty much what I remember, you know, and I mean, I guess they lay on me or whatever, you know, I just --

Q.   Well, this is the situation, okay, I'm not telling you --

A.   Uh-huh.

Q.   -- that anybody is blaming anything on anybody --

A.   Uh-huh.

Q.   -- okay, but you have to -- you know, when we look at these things, Angel, we look at the big picture.

A.   Yeah.

Q.   Okay.  It's like a sinking ship.

Page 45

A.   Uh-huh.

Q.   You know what I'm saying?

A.   And I already see myself sinking, but like I said, how am I supposed to help myself when most of the time I don't know most of the shit is going on, you know.  Like pretty much I hear a lot of things, too, and a lot of rumors, and I mean, later on I find out it was wrong.  It was -- you know, or it wasn't right.  Understand you have a lot of people on drugs and blah, blah, blah and when they find the situation like this, they'll say anything to get back on the streets and do drugs or whatever, you know what I'm saying?

AGENT TIERNEY:  Angel, how about this, I apologize for stepping on you, but there is other people involved I think, right?

ANGEL CERDA:  Okay.

AGENT TIERNEY:  Is that right?

ANGEL CERDA:  Huh?

AGENT TIERNEY:  Is that right?

ANGEL CERDA:  Well, I don't know. What do you mean?

AGENT TIERNEY:  Well, I

understand you don't want to say what this person, that person did.  Just tell me what you did.

ANGEL CERDA:  I'm telling you where I was at, you know, and my situation. You know, there is other people that are involved and maybe all this will be cleared --

AGENT TIERNEY:  That's why I'm asking.

ANGEL CERDA:  -- get me out of this shit.

AGENT TIERNEY:  Tell me what you did as opposed to what other people say happened, then we can figure out who is telling the truth.

ANGEL CERDA:  Okay.  Yeah, I mean, what do you want me to say?  I mean --

AGENT TIERNEY:  Just what happened that day from your perspective.

ANGEL CERDA:  I'm telling you what happened but, you know, I'm, like, shit, I know where I'm standing and, you know, I started thinking like fuck, you know -- you know, this is what it is, you know, and it is

going to be what it is, you know.  I mean, I can sit there and -- they can testify against me saying I did something I didn't do and they're covering up for somebody else.

AGENT TIERNEY:  Tell me what happened so I know who is telling the truth.

ANGEL CERDA:  I don't -- like I said, man, you know, I just -- I've been around -- I don't know the whole story so -- any of it, you know.  All I know --

AGENT TIERNEY:  Tell me the story from your perspective.

ANGEL CERDA:  I just told you the story.  I don't know what, you know -- what you guys want me to say.

AGENT TIERNEY:  Only the truth.  Only the truth.

ANGEL CERDA:  I mean, if I said anything else, I'd be lying, man.

AGENT TIERNEY:  I don't want you to lie.

ANGEL CERDA:  Well --

AGENT TIERNEY:  What has got you worried or upset?

ANGEL CERDA:  No, I mean, I'm

sitting here and I'm trying to remember back to that day, too.  I mean, like I said, I'm sitting here and all this stuff -- yeah, I mean, you know, like -- like with the roping incident issue, that was a past deal and I'm like -- and now it's coming back up, you know.

AGENT TIERNEY:  We're wanting to believe you're not in that world anymore.  It bothers you or maybe it hurts you to go back to that.

ANGEL CERDA:  I knew like once this shit hit the fan, you know, it was, like, I can't deny that I was a part of this or I used to hang around with them because it's in record, you know.

AGENT TIERNEY:  It's true.

ANGEL CERDA:  Yeah.

AGENT TIERNEY:  And now you've got kids and it's a different situation.

ANGEL CERDA:  And what I'm saying is you guys are already cleaning up the street.

AGENT TIERNEY:  We're trying.  We're trying to make it safe --

ANGEL CERDA:  Yeah, and --

AGENT TIERNEY:  -- for your kids

and my kids.

ANGEL CERDA:  My kids and

everybody's kids, but now I see, like -- what

I think is going down, you're picking up

everybody now, right?  Right or wrong?  Is

this some kind of an indictment?

DETECTIVE BICE:

Q.   What is that?

A.   Is this some kind of indictment?

Q.   I mean, you're under arrest for a warrant.

A.   Yeah, okay.

Q.   A federal warrant --

A.   Yeah.

Q.   -- so I mean, that's the deal, and I think we

     can tell you at this time you're arrested for

     a federal rule.

A.   Uh-huh.

Q.   You know, like I said, we're not going to sit

     here -- we know that people are out there.

     We know -- you know, obviously -- we know

     several people are in jail --

A.   Uh-huh.

Q.   -- obviously from different crimes that we've

Page 50

been working on.

A.    Uh-huh.

                AGENT TIERNEY:  Not all the

crimes, just some.

DETECTIVE BICE:

Q.    Right.  So, you know, you're in a situation

about your past.

A.    Yeah, that's what I'm saying, like, if you

can, you know -- I mean, if I was to sit here

and -- yeah, I'm nervous, I'm scared because

of my kids, you know.  I'm not going to be

there for them, I mean, to the point, you

know, telling me what you guys want me to say

and I'll say it, but what is going to happen

after I get out?

                AGENT TIERNEY:  We want the truth

so we can figure out what is going on.

                ANGEL CERDA:  I told you, I know

I've been involved with shit or how do you

say it on the -- let's go back to the rumors.

I know I've been in a lot of the rumors, you

know, and shit like that, and that's just

-- that's why I decided that I don't want to

get dragged into this, a long time ago, you

know.  I live in Dodge and I mean, I see -- I

don't even remember back then, '06, '07 or wait, when was -- '07 or '08.  I went to New Mexico -- '08, and since '08 -- I left for the same reason, but my issue was that my job was -- came to an end, and I came back over here looking for work and here I am again, you know, and I'm back in the same situation because --

AGENT TIERNEY:  You had your daughter, then, eight years old?

ANGEL CERDA:  She was in '07. She was born in January -- February of '07, I think.  Yeah.

AGENT TIERNEY:  So she's five?

ANGEL CERDA:  No, she's four -- well, see, that's what -- that gets me -- I want to stop the interview because that's what's going to get me in trouble, fucking up a lot and it's not on purpose, you know.  I don't even remember what year my daughter was born.  That's how fucked my mind is.  I've done a lot of drugs.

AGENT TIERNEY:  I'm not trying to trick you when I said that.  I'm trying to help you find out the time.

Page 52

ANGEL CERDA:  I'm pretty sure '07, February, and that's around the time that I left in that year or later that year for high school.  And I was in the oil fields in Texas and from there I went to New Mexico.

AGENT TIERNEY:  Work ran out?

ANGEL CERDA:  Huh?

AGENT TIERNEY:  Work ran out.

ANGEL CERDA:  Yeah, work ended in New Mexico and the contract was ended so they started laying people off and ending the contract and laid off, and I couldn't find work so I was down there for about ten months and shit, I came back to --

AGENT TIERNEY:  You came back because you've got family here.

ANGEL CERDA:  Yeah, I've got family here and, like I said, I couldn't find employment and ended up in the same shit hole with the wrong people again because I didn't have a car, and then, you know, they give me a ride and when that ride -- I got that ride, and I was involved in some other shit that -- high school friends -- well, my brother and his friends, and I was, like, I got a

ride from my brother, and whatever they had done, I had to sit there and take some of the blame and other shit like that.

AGENT TIERNEY:  Because you were in the car?

ANGEL CERDA:  Because I was in the car, yeah.  That's what it is, you know, it's fucked up, but I was in the situation -- I've got to get back out there -- I plead guilty to that and I plead guilty to that so I can get out there and start working, and, you know, I understand there is a lot of rumors rolling, a lot, you know, and --

AGENT TIERNEY:  Everybody talks.

ANGEL CERDA:  Everybody talks. Everybody -- so this person, this person, but I haven't seen no one in so long that, I mean, I probably say there is that person and he's probably already in jail or prison. I've known people that got blamed for shit and they're already in jail, and that's a fact, too.  They sitting in county jail and so and so person, you know -- so this is rumors, too, that I've heard.  I --

AGENT TIERNEY:  Crimes before

they went to jail can come back to you.

ANGEL CERDA:  Yeah, I understand.

AGENT TIERNEY:  That's what you're saying?

ANGEL CERDA:  Yeah -- no -- well, it's just rumors, so I can't say here and say what I've been told but somebody told me -- I was sitting in jail and here comes that -- while I was in jail something happened and they were trying to blame me for it because of rumors, you know, but fuck, I mean -- I don't know.  You know -- you understand the situation.  I know I'm going to be sitting here for a while until all this shit gets cleared up or whatever happens happens just, you know, because you made the wrong decisions in my past, you know, hanging around, you know, or might have been an accomplice or whatever or --

AGENT TIERNEY:  Angel, like I said, I'm not trying to put you in a corner. I'm trying to get to the truth just so I know where you're at, where you're coming from and what your role was compared to what your people (inaudible).  People are active and

Page 55

doing those kind of crimes.

ANGEL CERDA:  Yeah.

AGENT TIERNEY:  We're just trying to understand what your role was.

ANGEL CERDA:  I'm trying -- well, I mean, fuck, man -- I mean, what is really -- is that what it is, am I being indicted for something as a whole group?

DETECTIVE BICE:

Q.  Like I said, we can't release anything, Angel, other than the exception that we have a search warrant or arrest warrant.

A.  Okay.

Q.  That's all we can release, okay?

A.  Okay.

AGENT TIERNEY:  I want to make sure we get that cleared up for you when we get down in Wichita.

ANGEL CERDA:  Okay.

AGENT TIERNEY:  I mean, I'll take care of you myself.

ANGEL CERDA:  Okay.  I don't know what to say, but, fuck, let's go.  I want to go home, you know, but -- the only thing is, you know, you guys searched my place.  I

don't want to leave my kids with no money. The money that was there, I hope it's still there or my wife is going to get it because she's going need it for diapers, she's going to need it for food or whatever. If you can give her that wallet and phone back because we don't have nothing much. We're going week by week, you know. What is in my wallet is everything -- that's all she's going to have until she gets her check next Friday, you know, or is it this Friday. Maybe it is this Friday or next Friday, but, you know, we're zero on cash if you guys keep that.

Q.  Does she work?

A.  She works at Wendy's.

Q.  At Wendy's?

A.  Yes. She gets paid every two weeks and she last got paid last Friday. That's -- that's how bad my memory is. I'm not going to sit here -- my mind is fucking whack because I've done drugs since I was 15, you know. I don't -- I don't know whether she got paid or not. She needs that money though. It you can keep that in consideration, and you -- I understand I'm a bad person in your eyes or

Page 57

whatever, but, you know --

AGENT TIERNEY:  We don't think you're that bad.  Nobody is saying that.  I'm just trying to get your side of the story because, believe me, it would be awfully easy to take you to jail and leave you alone -- it would be a lot easier.

ANGEL CERDA:  And I understand, but, you know, it's just the whole thing.  Like I said, I can sit here and say, all right, let's work the bid.  You guys tell me what to say.

AGENT TIERNEY:  We've got to get more than that.

ANGEL CERDA:  What is going to happen to me and my kids and my family while I'm in there and then get out and then people are after us and --

AGENT TIERNEY:  That's very fair.  That's very fair.  That's a consideration you got to make.  I can't --

ANGEL CERDA:  Like I said, if I've got to take the hit for it then, you know, you guys are going on rumors or whatever or somebody says --

Page 58

AGENT TIERNEY:  We're going for the truth, the truth.

ANGEL CERDA:  Okay.  You know, let's go -- like I said, please keep in consideration that my kids need to be fed and that's the only money I have and you guys need to release that to her as soon as possible, and she should be at work already and hopefully she won't get fired, and I know I put the family through the situation or whatever, but -- of my past or whatever, but --

AGENT TIERNEY:  Can she get to work?  What do you all do when you go to work and she goes to work?

ANGEL CERDA:  She drops me off.

AGENT TIERNEY:  What does she do with the kids?

ANGEL CERDA:  What?

AGENT TIERNEY:  What does she do with the kids?

ANGEL CERDA:  She takes them to the baby-sitter.

AGENT TIERNEY:  Can she do that without you being there?

ANGEL CERDA:  She has the keys and license and she as -- the car needs gas blah, blah, blah.

AGENT TIERNEY:  I'm just making sure she can get the kids to daycare and get to work.

ANGEL CERDA:  Just the money in my wallet and the keys -- the rent is coming up.

AGENT TIERNEY:  How much money is in the wallet?

ANGEL CERDA:  Like $200 or something like that, or less.  I put gas in --

AGENT TIERNEY:  Is that your money or her money?

ANGEL CERDA:  That's our money.  That's our money.  But I hold on to it and she, you know -- yeah, it's our money.  I can't say it's mine.

AGENT TIERNEY:  It's money.

ANGEL CERDA:  It's the family money, our money from work, you know, so I mean -- I mean, you sit there and say it's illegal or whatever, it's work money.

Page 60

AGENT TIERNEY:  I'd say illegal is more like a thousand or $2,000.

ANGEL CERDA:  $200.  I'm trying to save enough --

AGENT TIERNEY:  Good (inaudible).

ANGEL CERDA:  I'm trying to get by for the week, you know, because I have rent coming up and hopefully she can manage and get my check from work and get it cashed, so, you know, I mean, I was trying to get this shit covered, but why, you know, I mean -- I mean --

AGENT TIERNEY:  That's part of who you are.  It wasn't all bad.

ANGEL CERDA:  It was part of who I was and I guess it still is now since --

AGENT TIERNEY:  Yeah, I mean, it's like I'm Irish, I can't get away from that.  I'm going to be Irish.  You said you've been wrapped up in dope and that's part of the problem with your memory loss?

ANGEL CERDA:  Since I was 15, and this is a side effect, you know.

AGENT TIERNEY:  What kind of stuff did you do?

Page 61

ANGEL CERDA:  Everything.
Everything.  Since I was 15 I got some paint,
you know, it's just -- fuck, I just -- like I
just spaced out right now.

AGENT TIERNEY:  You just like
getting high?

ANGEL CERDA:  What?

AGENT TIERNEY:  You like getting
high?

ANGEL CERDA:  No.

AGENT TIERNEY:  Not now, back
then.

ANGEL CERDA:  Back then that's
what I'm saying, last time, too, I know I
contradict myself because my son is -- what
the fuck, I don't even know.  Like I said, I
answered what I could to the best of my
knowledge, you know, and hopefully everything
gets cleared away soon because all I do is
just go to work, off of work, and my kids,
get back up to work, and handle business at
home.  I don't know.  I don't know what has
been going on on the streets lately or
whatever, so I wish I could be more help, you
know, but --

Page 62

AGENT TIERNEY:  When is the last time you got high?

ANGEL CERDA:  It's been two or three weeks.

AGENT TIERNEY:  What did you use then?

ANGEL CERDA:  What?

AGENT TIERNEY:  What did you use then?

ANGEL CERDA:  Just -- just -- synthetic, you know, that's supposed to be legal or whatever.

AGENT TIERNEY:  The K-2?

ANGEL CERDA:  Yeah.  I mean, I don't see what is the point of trying to hide it from you.  It's real smart compared to what I'm facing right now or whatever.

AGENT TIERNEY:  Again, for me it's just a question of honesty.  I asked you, you told me.

ANGEL CERDA:  I answered -- fuck it, you know, but I mean --

DETECTIVE BICE:

Q.   It's not like we're charging you with smoking K-2.

A.   Yeah.  I mean, I'm pretty sure you guys found it or not, whatever.  There was a pipe I bought and I figured I'd use it one day because it was -- I don't know if you're going to take it in there and put it in the books, but --

AGENT TIERNEY:  You have about $200 in the wallet?

ANGEL CERDA:  Yeah.

AGENT TIERNEY:  She works at Wendy's?

ANGEL CERDA:  Yeah, she works at Wendy's.

AGENT TIERNEY:  Are you needing some water or anything?

ANGEL CERDA:  I probably need to take a piss and probably some water.

DETECTIVE BICE:

Q.   Let me -- excuse me for a second and then we'll get you to the bathroom and get you something to drink.

AGENT TIERNEY:  What is your wife's name?

ANGEL CERDA:  Medilla (sp).

AGENT TIERNEY:  Medilla?

Page 64

ANGEL CERDA:  Medilla.

AGENT TIERNEY:  I'll check on that, too.  I wasn't in your house.  I don't know.

ANGEL CERDA:  My wallet was there on the dresser and -- there was a little -- $200 or more.  I think I put 150 away in one of those pockets and for safe keeping, but -- because we've been struggling a lot, you know.  Whatever is in that wallet, if you can give her the wallet or give her the money and make sure you go through it because I put 20 away or something, make sure -- the next thing you know, I'll search through it and --

AGENT TIERNEY:  I knew there was some more somewhere.

ANGEL CERDA:  I looked at it the other day and I don't know if my daughter got it or something, but I found ten dollars on the counter which was awesome, you know, and we needed it too, so --

AGENT TIERNEY:  I remember struggling.

ANGEL CERDA:  Yeah, and you

Page 65

know --

AGENT TIERNEY:  Are you 26?

ANGEL CERDA:  Yeah.

AGENT TIERNEY:  48 dude, twice as old as you, by two years.

ANGEL CERDA:  Yeah.  Yeah, I mean, fuck, man --

AGENT TIERNEY:  It looks to me like you're trying to do the right thing with the kids.  I know to me that's the difference between a good man and a bad man because I mean, a lot of people don't care.  Someone obviously cared about you and raised you, too.

DETECTIVE BICE:  Do you want to go to the bathroom?

        (At this time everybody leaves the room.)

AGENT TIERNEY:  I'll have to check on that.  Like I said, I was outside. Hold on just a second.  I'll get you a water.

        (At this time Angel Cerda is in the room by himself.)

DETECTIVE BICE:  Here you go.

ANGEL CERDA:  Thanks.

Page 66

DETECTIVE BICE:  Okay.  Just sit tight.

(At this time Angel Cerda is in the room by himself.)

AGENT TIERNEY:  I need you to put your arms on the chair so I can put these on first.

ANGEL CERDA:  I need a shirt.

AGENT TIERNEY:  I don't know if I can get you a shirt, Dude.  I might be able to get you some slippers.  I'll see what I can do about a shirt, okay?  I'll have to check.  All right.  We'll bring you something though.  Go ahead and slide back (inaudible).

ANGEL CERDA:  It's tight.

AGENT TIERNEY:  They're all the same size.

ANGEL CERDA:  All right.

AGENT TIERNEY:  We'll see.  One size fits all.  Maybe they'll stretch out a little bit.

ANGEL CERDA:  One size is kind of hard.

AGENT TIERNEY:  Okay.  Turn around.  (In audible).

Page 67

ANGEL CERDA:  What about my wife and kids?

AGENT TIERNEY:  What is that?

ANGEL CERDA:  My wife and kids, how are they?

AGENT TIERNEY:  I have no idea. As far as I know they're gone.  I don't know if she's back at the house.  I've got her phone number, though, okay, so as soon as we're done with the house I will call her, her cell phone.

ANGEL CERDA:  Because she gave which phone number?

AGENT TIERNEY:  255-5604.  That's the phone number she gave me.  She didn't give it to me, she --

ANGEL CERDA:  Tell her you're going to give it to her.  It's pretty much what she uses for the kids and in case my daughter needs something.  You're going to give her that wallet?

AGENT TIERNEY:  I don't know exactly what is on the search warrant.  If it's not related to the search warrant --

ANGEL CERDA:  Just the cash.  The

only thing is the cash and ID.  She needs the cash for the kids.

AGENT TIERNEY:  As far as I know none of that is on the warrant.

ANGEL CERDA:  That's the only thing I'm worried about right now.  I don't want my kids to go --

AGENT TIERNEY:  I don't want to give you a screwed up answer either.  If it's not on the search warrant, if it doesn't have anything to do with the search warrant or any following search warrants then it will still be there when she gets back, okay?

ANGEL CERDA:  All right.