IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 12-10089-03 MLB |
| ) | |
| GONZALO RAMIREZ, et al., ) | |
| Defendant. ) | |
| _____ ) | |

## **DEFENDANT GONZALO RAMIREZ'S AMENDED TRIAL EXHIBITS**

| No. | DESCRIPTION | ID | OFF | ADM | WITNESS |
|---|---|---|---|---|---|
| R-A | Judgment in State of KS v. Wright, Case No. 05CR201 | X | X | X | Anthony Wright |
| R-B | Judgment in State of KS v. Wright, Case No. 09CR414 | X | X | X | Anthony Wright |
| R-C | Judgment in State of KS v. Wright, Case No. 09CR466 | X | X | X | Anthony Wright |
| R-D | Motion and Order for Dismissal Without Prejudice in State of KS v. Wright, Case No. 09CR535 | X | X | X | Anthony Wright |
| R-E | Judgment in State of KS v. Wright, Case No. 10CR388 | X | X | X | Anthony Wright |
| R-F | Judgment in State of OK v. Wright, Case No. CR-2010-183 | X | X | X | Anthony Wright |
| R-G | Plea Negotiations (And Agreement) in Case Nos. 09CR414, 09CR466, 09CR535 | X | X | | Anthony Wright |
| R-H | Letter to Judge Van Hampton from Anthony Wright | | X | | Anthony Wright |
| R-I | Judgment in State of KS v. Worthey, Case No. 09CR316 | | X | | Russell Worthey |
| R-J | Judgment in State of KS v. Worthey, Case No. 010CR508 | X | X | X | Russell Worthey |

| No. | DESCRIPTION | ID | OFF | ADM | WITNESS |
|---|---|---|---|---|---|
| R-K | Motion and Order for Dismissal Without Prejudice | X | X | X | Russell Worthey |
| R-L | Judgment in State of KS v. Galindo, Case No. 09CR325 | X | X | X | Joe Galindo |
| R-N1 | Receipt for Payment of Evidence Buy Funds of Dodge City Police Department | X | X | X | Joe Galindo |
| R-N2 | Letter from United States Attorney and Ford County District Attorney | X | X | X | Joe Galindo |
| R-O | Judgment in State of KS v. Neave, Case No. 04CR110 | X | X | X | Fabian Neave |
| R-P | Judgment in State of KS v. Neave, Case No. 08CR322 | X | X | X | Fabian Neave |
| R-Q | Motion and Order of Dismissal in State of KS v. Neave, Case Nos. 11CR605 & 12CR130 | X | X | X | Fabian Neave |
| R-R | Letter to Lt. Colleen Brooks-Francis from Fabian Neave | X | X |  | Fabian Neave |
| R-X | Judgment in State of KS v. Flores, Case No. 10CR158 | X | X | X | Jesus Flores |
| R-W | Judgment in State v. KS v. Flores, Case No. 09CR43 | X | X | X | Jesus Flores |
| R-Z | Detective Villasenor's Debriefing Report of Juan Torres on 7-1-13 | X |  |  | Juan Torres |
| R-CC | Interview of Mariett Gonzalez dated 2-16-11 | X |  |  | Mariett Gonzalez |
| R-DD | Grand Jury Testimony of Mariett Gonzalez dated 3-30-11 | X |  |  | Mariett Gonzalez |
| R-EE | Birth Certificate of Gonzalo Ramirez | X |  |  | Gonzalo Ramirez |
| R-FF | Officer Nau's Report of 10-4-08 | X |  |  | Brady Shulte |

| No. | DESCRIPTION | ID | OFF | ADM | WITNESS |
|---|---|---|---|---|---|
| R-GG | Officer Gordon's Supplemental Narrative of interview of Alberto Hernandez dated 10-4-08 | X | | | Alberto Hernandez |
| R-HH | Officer Bice's Report on meeting with Jose Luis Alvarez-Lopez on 10-7-08 | X | | | Jose Luis Alvarez-Lopez |
| R-II | Detective Webb's Supplemental Narrative dated 10-7-08 | X | | | Alberto Hernandez |
| R-JJ | Report of Officer Simmons | X | | | Mariett Gonzalez |